# SCHEDULE

# A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tracts: RGV-RGC-9059
Owners: Hilaria Solis Hernandez, *et al.*
Acreage: 0.177

**Being** a 0.177 acre tract (7,691 sq ft) parcel of land, more or less, being in Tract 165, Porcion No. 95, Share 141, Abstract 145, in Starr County, Texas out of a called 26.000 acres, calculated as 25.957 acres being all of Tract 165 and 166, Porcion No. 95, Share 141, Abstract 145, in Starr County, Texas conveyed to Hilaria Solis Hernandez, Volume 1380, Page 224. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-04 2019, having the following NAD83 (2011) Grid Coordinates N=16623091.61, E=935950.22; Thence S12°02'20"E a distance of 2707.34 feet to a found flat bar at the Northwest corner of the Hilaria Solis Hernandez tract, Volume 1380, Page 224, for the **Point of Commencement,** having the following coordinates: N=16620443.81, E=936514.91.

**Thence:** S03°58'51"W departing said property line, a distance of 1065.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9058-1=9059-1, for the **Point of Beginning,** having the following coordinates: N=16619380.76, E=936440.93, said point being on the West line of the Hilaria Solis Hernandez tract, Volume 1380, Page 224 and on the East line of the Berta C. Arteaga ET AL tract, Volume 1488, Page 258 and Volume 1193, Page 425 and on the Northern boundary of the parcel herein described.

**Thence:** N73°28'45"E departing said property line, along said Northern boundary, a distance of 325.83 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9059-2=9066-3 for angle, said point being on the South line of the Hilaria Solis Hernandez tract, Volume 1380, Page 224 and on the North line of the Dionicio Gonzalez tract, Volume 441, Page 954;

**Thence:** S65°46'04"W along said property line, departing said Northern boundary, a distance of 83.60 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9056-5=9059-2A=9066-2 for a Point on Line, said point being the Northwest corner of the Dionicio Gonzalez tract, Volume 441, Page 954 and the Northeast corner of the Rene Martinez Jr. & Rodolfo Martinez tract, Volume 1134, Page 813 and on the South line of the Hilaria Solis Hernandez tract, Volume 1380, Page 224;

**SCHEDULE C (Cont.)**

**Thence:** S65°46'04"W along the South line of the Hilaria Solis Hernandez tract, Volume 1380, Page 224 and the North line of the Rene Martinez Jr. & Rodolfo Martinez tract, Volume 1134, Page 813, a distance of 268.24 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9056-4D=9058-2=9059-3 for angle, said point being the Southwest corner of the Hilaria Solis Hernandez tract, Volume 1380, Page 224 and the Southeast corner of the Berta C. Arteaga ET AL tract, Volume 1488, Page 258 and Volume 1193, Page 425, and on the North line of the Rene Martinez Jr. & Rodolfo Martinez tract, Volume 1134, Page 813;

**Thence:** N09°17'00"E along the East line of the Berta C. Arteaga ET AL tract, Volume 1488, Page 258 and Volume 1193, Page 425, and the West line of the Hilaria Solis Hernandez tract, Volume 1380, Page 224, a distance of 52.44 feet returning to the **Place of Beginning.**

## SCHEDULE C (Cont.)

LEGAL DESCRIPTION

Starr County, Texas

Tracts: RGV-RGC-9059-1
Owners: Hilaria Solis Hernandez, *et al.*
Acreage: 0.207

**Being** a 0.207 acre tract (9,024 sq ft) parcel of land, more or less, being out of a called 26.000 acres, calculated as 25.957 acres being all of Tract 165 and 166, Porcion No. 95, Share 141, Abstract 145, in Starr County, Texas conveyed to Hilaria Solis Hernandez, Volume 1380, Page 224. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-04 2019, having the following NAD83 (2011) Grid Coordinates N=16623091.61, E=935950.22; Thence S39°30'04"E a distance of 2915.84 feet to a found 1/2" iron rod at the Northwest corner of the Eliberto Mendoza tract, Volume 784, Page 184 and the Northeast corner of the Hilaria Solis Hernandez tract, Volume 1380, Page 224, for the **Point of Commencement**, having the following coordinates: N=16620841.72, E=937804.97.

**Thence:** S09°16'52"W along the East line of the Hilaria Solis Hernandez tract, Volume 1380, Page 224 and the West line of the Eliberto Mendoza tract, Volume 784, Page 184, a distance of 1112.89 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9059-1-1=9061-1, for the **Point of Beginning**, having the following coordinates: N=16619743.40, E=937625.48, said point being on the Northern boundary of the parcel herein described.

**Thence:** S09°16'52"W along said property line, departing said Northern boundary, a distance of 50.19 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9059-1-2=9061-5=9067-6A for angle, said point being the Southeast corner of the Hilaria Solis Hernandez tract, Volume 1380, Page 224 and the Southwest corner of the Eliberto Mendoza tract, Volume 784, Page 184 and on the North line of the Ricardo Farias, ET AL tract, Volume 1269, Page 514;

**Thence:** S78°36'28"W along the South line of the Hilaria Solis Hernandez tract, Volume 1380, Page 224 and the North line of the Ricardo Farias, ET AL tract, Volume 1269, Page 514, a distance of 141.22 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9059-1-2A=9066-5=9067-6 for a Point on Line, said point being the Northeast corner of the Dionicio Gonzalez tract, Volume 441, Page 954 and the Northwest corner of the Ricardo Farias, ET AL tract, Volume 1269, Page 514 and on the South line of the Hilaria Solis Hernandez tract, Volume 1380, Page 224

### SCHEDULE C (Cont.)

**Thence:** S78°36'28"W along the South line of the Hilaria Solis Hernandez tract, Volume 1380, Page 224 and the North line of the Dionicio Gonzalez tract, Volume 441, Page 954, a distance of 243.14 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9059-1-3=9066-4 for angle, said point being on the North line of the Dionicio Gonzalez tract, Volume 441, Page 954 and the South line of the Hilaria Solis Hernandez tract, Volume 1380, Page 224;

**Thence:** N71°56'48"E departing said property line, along said Northern boundary, a distance of 404.82 feet, returning to the **Place of Beginning**.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**GENERAL SURVEYOR'S NOTES:**

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.999728172 (E.G. GRID X 0.999728172 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JANUARY 13, 2020 (TICKET NO. 2051368598).

### PARCEL TABLE

| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
|---|---|---|---|---|---|
| P1 | RGV-RGC-9058-1=9059-1 | 16619380.76 | 936440.93 | | |
| L1 | | | | 325.83' | N73°28'45"E |
| P2 | RGV-RGC-9059-2=9066-3 | 16619473.41 | 936753.31 | | |
| L2 | | | | 83.60' | S65°46'04"W |
| P3 | RGV-RGC-9056-5=9059-2A=9066-2 | 16619439.10 | 936677.08 | | |
| L3 | | | | 268.24' | S65°46'04"W |
| P4 | RGV-RGC-9056-4D=9058-2=9059-3 | 16619329.00 | 936432.47 | | |
| L4 | | | | 52.44' | N09°17'00"E |

| SHEET NO. | METES & BOUNDS SURVEY | | |
|---|---|---|---|
| 5 OF 5 | HILARIA SOLIS HERNANDEZ | | |
| | TRACT NO. RGV-RGC-9059 | | |
| | STARR COUNTY       TEXAS | | |

DRAWN BY: JP 5/20
CHECKED BY: WBG 6/20
SURVEY DATE: 5/20
PLOT DATE: 6/20
SHEET SIZE: ANSI-A

MARK | DESCRIPTION | DATE | APPR.

BORDER WALL TASK ORDER: 003
CONTRACT NO.: W9126F-15-D-0012





US Army Corps of Engineers ®

EMC, INC. PROJECT NO.: 19036

Tracts:  RGV-RGC-9059
Owners: Hilaria Solis Hernandez, *et al.*
Acres:  0.177

## SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**GENERAL SURVEYOR'S NOTES:**

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.9999728172 (E.G. GRID X 0.9999728172 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JANUARY 13, 2020 (TICKET NO. 2051368598).

### PARCEL TABLE

| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
|---|---|---|---|---|---|
| P1 | RGV-RGC-9059-1-1=9061-1 | 16619743.40 | 937625.48 | | |
| L1 | | | | 50.19' | S09°16'52"W |
| P2 | RGV-RGC-9059-1-2=9061-5=9067-6A | 16619693.87 | 937617.39 | | |
| L2 | | | | 141.22' | S78°36'28"W |
| P3 | RGV-RGC-9059-1-2A=9066-5=9067-6 | 16619665.97 | 937478.95 | | |
| L3 | | | | 243.14' | S78°36'28"W |
| P4 | RGV-RGC-9059-1-3=9066-4 | 16619617.94 | 937240.59 | | |
| L4 | | | | 404.82' | N71°56'48"E |

| SHEET NO. | METES & BOUNDS SURVEY |
|---|---|
| 5 OF 5 | HILARIA SOLIS HERNANDEZ |
| | TRACT NO. RGV-RGC-9059-1 |
| | STARR COUNTY                    TEXAS |

DRAWN BY: JP  5/20
CHECKED BY: WBG  6/20
SURVEY DATE: 5/20
PLOT DATE: 6/20
SHEET SIZE: ANSI-A

BORDER WALL TASK ORDER: 003
CONTRACT NO. : W9126F-15-D-0012

EMC, Inc.
SPECIALISTS IN SURVEYING & MAPPING
US Army Corps of Engineers

EMC, INC. PROJECT NO.: 19036

Tracts:  RGV-RGC-9059-1
Owners: Hilaria Solis Hernandez, *et al.*
Acres:  0.207

# SCHEDULE

# E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tracts:  RGV-RGC-9059
Owners: Hilaria Solis Hernandez, *et al.*
Acres:  0.177


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.


Tracts:  RGV-RGC-9059-1
Owners: Hilaria Solis Hernandez, *et al.*
Acres:  0.207


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

**TRACT RGV-RGC-9059:**

The sum estimated as just compensation for the land being taken is SEVEN HUNDRED NINETY-SEVEN DOLLARS AND 00/100 CENTS ($797.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGC-9059-1:**

The sum estimated as just compensation for the land being taken is NINE HUNDRED THIRTY-TWO DOLLARS AND 00/100 CENTS ($932.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| Hilaria Solis Hernandez <br><br> Rio Grande City, TX ▮ | Last Will and Testament of Hilario Solis, The Estate of Hilario B. Solis, Deceased, Probate – Cause No. PR-93-10, February 23, 1994, District Court 229th Judicial District, Starr County, Texas. <br><br> Warranty Deed 2013-311386, Book 1380 Page 224, filed May 17, 2013, Deed Record of Starr County, Texas. |
| Francisco Silva, Sr. <br><br> Garciasville, TX ▮ <br><br> Francisco Silva, Jr. <br><br> Garciasville, TX ▮ <br><br> Roel Silva <br><br> Garciasville, TX ▮ <br><br> Unknown Heirs of Alma Solis Silva | Last Will and Testament of Hilario Solis, The Estate of Hilario B. Solis, Deceased, Probate – Cause No. PR-93-10, February 23, 1994, District Court 229th Judicial District, Starr County, Texas. <br><br> Obituary of Alma Solis Silva |
| Hilario Solis, Jr. <br><br> Livingston, TX ▮ <br><br> Amparo Solis Hinojosa <br><br> College Station, TX ▮ <br><br> Antonia Solis Laurel <br><br> Santa Elena, TX ▮ | Last Will and Testament of Hilario Solis, The Estate of Hilario B. Solis, Deceased, Probate – Cause No. PR-93-10, February 23, 1994, District Court 229th Judicial District, Starr County, Texas. |

| | |
|---|---|
| Eduardo Rivera, Sr. ████████ Mission, TX ██████████ <br><br> Lucia Rivera Pena ████████ Mission, TX ███████ <br><br> Norma Rivera Mercado ███████ San Antonio, TX ████████ <br><br> Sandra Rivera Molina ████████ Palmhurst, TX ████████ <br><br> Minerva Rivera █████████ Kennewick, WA ████████ <br><br> Antonia Rivera Lopez █████████ Rio Grande City, TX ████████ <br><br> Sylvia Rivera Longinos ███████ Jupiter, FL ███████ <br><br> Alma Rivera Chizer ███████ Mission, TX ████████ <br><br> Efrain Rivera ██████ Oswego, IL ████████ <br><br> Ivan Solis ██████ Roma, TX ███████ <br><br> Unknown Heirs of Araceli Solis | |
| Ameida Salinas <br> Starr County Tax Assessor-Collector | Tax Authority <br> Account Nos. 0025420 and 0025425 |

| 100 N. FM 3167, Ste. 201<br>Rio Grande City, Texas 78582 | |